# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**PEDRO COLLAZO,**

    **Plaintiff,**

-vs-                Case No. 2:04-cv-436-FtM-DNF

**GEORGE GALA, FV CHUCKWAGON, and WENDY & ERIC, INC.**

    **Defendants.**

_____

## ORDER

   This matter comes before the Court on Joint Notice of Voluntary Dismissal With Prejudice (Doc. 42) filed on September 20, 2005. The parties advise that all matters as between them have been settled in their entirety.

**IT IS HEREBY ORDERED:**

This case is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

   **DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __20th__ day of September, 2005.

                             DOUGLAS N. FRAZIER
                             UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record